AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Deangelo Privott et al.,　　　　)
　　　　*Plaintiff*　　　　　　　　)
　　　　v.　　　　　　　　　　　)　Civil Action No.　2:24-cv-413
Revco Solutions, Inc.　　　　　　)
　　　　*Defendant*　　　　　　　)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   pursuant to the Order signed by Chief Judge Sarah D. Morrison.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Sarah D. Morrison   on a motion for _____ .
_____ .

Date:   12/19/2024                                       CLERK OF COURT

                                                         s/Maria Rossi Cook
                                                         *Signature of Clerk or Deputy Clerk*